# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RAQUEL CARMON, | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:19-cv-2855 |
| SAKS FIFTH AVENUE LLC, | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Saks Fifth Avenue LLC  hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
       None

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
       None

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
       None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:
   Saks Fifth Avenue LLC is a limited liability company whose sole member is Saks & Company LLC, a Delaware limited liability company with its principle place of business in New York. The sole member of Saks & Company LLC is a Tennessee corporation with its principal place of business in New York.

/s/ Melody L. Rayl
Signature (Counsel for Plaintiff/Defendant)
Print Name:  Melody L. Rayl
Address:  4900 Main Street, Suite 650
City/State/Zip:  64112
Phone:  816.842.8770

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
October 21 , 20 19 .

/s/ Melody L. Rayl

Signature